**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6404

WAYNE RESPER,

                    Plaintiff – Appellant,

          v.

SGT. T. SIRES; OFFICER BENNETT,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:12-cv-02816-PJM)

Submitted:  October 21, 2014          Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Resper, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Resper v. Sires</u>, No. 8:12-cv-02816-PJM (D. Md. Feb. 12 & Apr. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>